IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY ELIZABETH SILVA | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| MID-ATLANTIC MANAGEMENT CORP., | : | |
| CANTERBURY WOODS HOMEOWNERS | : | |
| ASSOCIATION, FORBES, BENDER, | : | |
| PAOLINO & DI SANTI, P.C. | : | |
| AND ALEXANDER DI SANTI, ESQ. | : | NO. 02-CV-3579 |

## **O R D E R**

AND NOW, this 13th day of August, 2002, in consideration of Plaintiff's Motion for Leave to Deposit the Amount of Defendant's Counterclaim into the Registry of the Court, to which no response has been filed, and in consideration of Local Rule of Civil Procedure 7.1(c), the motion is considered uncontested, it is ORDERED that the motion is GRANTED.  Plaintiff shall herewith deposit the amount of Five Thousand, One Hundred Thirteen Dollars ($5,113.00) into the registry of this Court. Upon the final determination of Plaintiff's claims against Defendants, the Court shall direct how those funds shall be distributed.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.