**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| TERRY ELIZABETH SILVA, § | | **Civil Action** |
| PLAINTIFF, § | | |
| vs. § | | 02-3579 |
| § | | |
| MID ATLANTIC MANAGEMENT CORPORATION, § | | |
| FORBES, BENDER, PAOLINO & DISANTI, AND § | | |
| ALEXANDER A. DISANTI, ESQ. § | | |
| DEFENDANTS. § | | |

## ORDER

AND NOW, this ___ day of _____, 2003, upon consideration of Plaintiffs' Motion to Extend the Scheduling Deadline, and the answer thereto, it is hereby ORDERED that the motion is GRANTED. All discovery deadlines are extended by sixty (60) days as follows:

    All Fact discovery is due on April 28, 2003;
    Plaintiff's pre-trial memorandum is due May 8, 2003;
    Defendant's pre-trial memorandum is due May 19, 2003;
    A final pre-trial conference will be held on May 26, 2003 at 9:30 a.m.; and
    Trial Pool will be set for June 9, 2003.

                        BY THE COURT:

                        _____
                        The Honorable James McGirr Kelly
                        United States District Judge