```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRY ELIZABETH SILVA          :     CIVIL ACTION
                               :
     v.                        :
                               :
MID-ATLANTIC MANAGEMENT        :
CORPORATION, FORBES, BENDER,   :
PAOLINA & DiSANTI, and         :
ALEXANDER A. DiSANTI, ESQ.     :     NO. 02-CV-3579
```

**O R D E R**

AND NOW, this 18th day of March, 2003, in consideration of the Motion of Terry Silva to Extend Discovery Deadlines, and the response thereto filed by the defendant, it is ORDERED that the motion is GRANTED IN PART. The Court enters the following discovery deadline and other pretrial deadlines:

1. All fact discovery shall be completed by April 17, 2003.

2. Plaintiff's Pretrial Memorandum shall be filed by April 28, 2003.

3. Defendants' Pretrial Memorandum shall be filed by May 5, 2003.

4. This matter shall be placed in the trial pool on May 12, 2003.

5. A final pretrial conference will be held on the day the matter is called to trial.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.