IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY ELIZABETH SILVA, | : | Date of |
| | : | Notice: June 9, 2003 |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | Civil No. 02-3579 |
| MID-ATLANTIC MANAGEMENT CORP., et al. | : | |
| | : | |
| | : | |
| Defendants | : | |

## HEARING NOTICE

TAKE NOTICE that the above-entitled case has been set for a hearing re: Plaintiff's Motion to Compel Answers to Outstanding Discovery and to Change the Trial Schedule in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania on Monday, June 23, 2003 at 2:00 p.m. before the Honorable James McGirr Kelly in Courtroom 8A.

ALL PARTIES ARE DIRECTED TO REPORT TO COURTROOM 8A ON THE DATE AND TIME STATED ABOVE.

Very truly yours,


Sharon A. Hall
Deputy Clerk to Hon. James McGirr Kelly


mailed 06-09-03    Kenneth J. Benton, Esquire
                   Gary C. Bender, Esquire