```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRY ELIZABETH SILVA,           :        CIVIL ACTION
     Plaintiff,                  :
                                 :
     v.                          :
                                 :
MID ATLANTIC MANAGEMENT CORP.,   :
CANTERBURY WOODS HOMEOWNERS      :
ASSOC., FORBES, BENDER,          :
PAOLINO & DISANTI, P.C. and      :
ALEXANDER D. DISANTI, ESQUIRE,   :
     Defendants.                 :        No. 02-3579
```

**O R D E R**

**J. M. KELLY, J.**                                **JUNE    24, 2003**

**AND NOW**, this 23rd day of June 2003, in consideration of the Motion to Compel Answers to Outstanding Discovery and Change the Trial Schedule filed by Plaintiff Terry Elizabeth Silva ("Plaintiff") and the matters discussed by the parties at a hearing before this Court, it is **ORDERED** that:

    1. Defendants' deposition of Terry Elizabeth Silva shall take place at 10:00 AM on July 2, 2003.

    2. Plaintiff's deposition of Debbie Madden shall take place in the afternoon on July 2, 2003.

    3. Plaintiff's deposition of Alexander DiSanti shall take place at 10:00 AM on July 3, 2003.

It is **FURTHER ORDERED** that the parties shall review the interrogatories submitted by Plaintiff and come to a reasonable agreement regarding the information Defendants are to provide in response. If such an agreement cannot be reached, the parties

may file appropriate motions to seek this Court's intervention.

Furthermore, as the parties are working toward an agreement regarding Plaintiff's interrogatories, at this time, Plaintiff's motion to extend the deadlines for discovery is **DENIED WITHOUT PREJUDICE.** Since neither party, prior to today's hearing, has made a reasonable effort to address these discovery issues, we find that the award of attorney's fees is not appropriate under Federal Rule of Civil Procedure 37(a)(4) and **DENY** Plaintiff's request for counsel fees.

BY THE COURT:

_____

JAMES McGIRR KELLY, J.