IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY ELIZABETH SILVA, § | Civil Action | |
| *Plaintiff,* § | | |
| vs. § | 02-3579 | |
| § | | |
| MID ATLANTIC MANAGEMENT CORPORATION, § | | |
| CANTERBURY WOODS HOMEOWNERS ASSOC., § | | |
| FORBES, BENDER, PAOLINO & DISANTI, AND § | | |
| ALEXANDER D. DISANTI, ESQ. § | | |
| *Defendants.* § | | |

### Local Rule 26(f) Certification

I, Kenneth J. Benton, Esquire, hereby certify that I attempted to resolve this dispute through reasonable effort by contacting opposing counsel by telephone and e-mail. My efforts were unavailing, thus prompting the filing of the motion to compel on October 6, 2003.

                                                          Kenneth J. Benton

Dated: October 16, 2003