IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY ELIZABETH SILVA, | : | CIVIL ACTION |
|     Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| MID ATLANTIC MANAGEMENT CORP., | : | |
| CANTERBURY WOODS HOMEOWNERS | : | |
| ASSOC., FORBES, BENDER, | : | |
| PAOLINO & DISANTI, P.C. and | : | |
| ALEXANDER D. DISANTI, ESQUIRE, | : | |
|     Defendants. | : | No. 02-3579 |

## O R D E R

**AND NOW**, this 28th day of October 2003, upon review of Plaintiff's Motion to Compel Defendants' Production of Documents, and the Defendants' response thereto. It is **ORDERED** that Plaintiff's Motion is **GRANTED IN PART** and **DENIED IN PART** to the extent that:

    1. In all document requests granted, documents concerning the collection attempts for overdue assessments from owners' property in the developments are to be redacted as to the identity of the owner.

    2. The document requests relating to Document Request No. 10 and Document Request No. 14 are **GRANTED**, limited to three years prior to the filing of this action by the Plaintiff.

    3. Document Request No. 18 is **DENIED** as being burdensome and unnecessary.

    4. Plaintiff's counsel's document request as to Debra Madden is **GRANTED** for resolutions passed within three years of

the institution of this action.  As to the form letter Debra Madden sends out to homeowners, that too is limited to three years prior to the institution of this action.

    5.  As to the letter of Alexander DiSanti dated December 22, 2000, the motion is **GRANTED.**

    6.  As to the one-year contract between Mid-Atlantic and Canterbury the motion is **DENIED.**

    7.  As to the assessment change form that is completed by the community manager or the administrator it is limited to the period of time which is in controversy in this matter.

    8.  As to the request for owner information form for Terry Silva, the motion is **DENIED.**

                                  BY THE COURT:

                                  JAMES McGIRR KELLY, J.