IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TERRY ELIZABETH SILVA, | : | Date of Notice: December 10, 2003 |
| Plaintiff | : | |
| vs. | : | |
| | : | Civil No. 02-3579 |
| MID-ATLANTIC MANAGEMENT CORP., et al. | : | |
| Defendants | : | |

## TRIAL NOTICE

TAKE NOTICE that the above-entitled case has been scheduled for a <u>Bench Trial</u> in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania on <u>Tuesday, January 20, 2004 at 10:00 a.m.</u> before the Honorable James McGirr Kelly in Courtroom 4B.

ALL PARTIES ARE DIRECTED TO REPORT TO COURTROOM 4B ON THE DATE AND TIME STATED ABOVE.

Very truly yours,


Sharon A. Hall
Deputy Clerk to Hon. James McGirr Kelly


mailed 12-10-03     Kenneth J. Benton, Esquire
                    Gary C. Bender, Esquire