```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE EASTERN DISTRICT OF PENNSYLVANIA

TERRY ELIZABETH SILVA,           :         CIVIL ACTION
     Plaintiff,                  :
                                 :
     v.                          :
                                 :
MID ATLANTIC MANAGEMENT CORP.,   :
CANTERBURY WOODS HOMEOWNERS      :
ASSOC., FORBES, BENDER,          :
PAOLINO & DISANTI, P.C. and      :
ALEXANDER D. DISANTI, ESQUIRE,   :
     Defendants.                 :         No. 02-3579
```

## **O R D E R**

AND NOW, this 16TH day of December, 2003, in consideration that this matter is scheduled for trial on January 20, 2004, it is ORDERED that each side shall submit their Pretrial Memorandum on or before January 9, 2004.

                BY THE COURT:

_____
JAMES McGIRR KELLY, J.