IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TERRY ELIZABETH SILVA, : <br> : <br> Plaintiff : <br> : <br> vs. : <br> : <br> MID-ATLANTIC MANAGEMENT : <br> CORP., et al. : <br> : <br> Defendants : | <br><br><br><br> CIVIL ACTION <br><br> NO. 02-3579 |

O R D E R

AND NOW, TO WIT this 12th day of January, 2004, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:

_____    _____
SHARON A. HALL                                    HONORABLE JAMES MCGIRR KELLY
Deputy Clerk                                          Judge, United States District Court

cc: Copies mailed to counsel by chambers